UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINISHMASTER, INC.,<br>　　　　Plaintiff,<br>　　v.<br>STYLES COLLISION CENTER, et al.,<br>　　　　Defendants. | Case No.15-cv-03690-NC<br><br>**ORDER RE: PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 38 |

Plaintiff moves for an entry of default judgment by the clerk of the court under Federal Rule of Civil Procedure 55(b)(1). The clerk is instructed to enter default against defendant Styles Collision Center. The Court will take plaintiff's request for a judgment in the amount of $116,834.00 in damages and $5,339.70 in attorneys' fees under submission.

**IT IS SO ORDERED.**

Dated: December 16, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.15-cv-03690-NC